IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**06-61282**

MAGISTRATE JUDGE
GARBER

CIVIL ACTION

L.J.,

Plaintiff

CASE NO.

V

**BROWARD COUNTY SCHOOL BOARD,**

Defendant.

/

## COMPLAINT

TO THE HONORABLE COURT:

COMES NOW Plaintiff and very respectfully states and prays:

I.          JURISDICTION AND VENUE

1.     The Court has subject matter jurisdiction under 28 U.S.C.A. § 1331, for this matter arises under the laws of the United States, to wit: the Individual with Disabilities Educational Act. *See e.g.*, 20 U.S.C. § 141 5(i)(2)(A).
2.     Under 28 U.S.C.A. § 1391 (2), venue is proper in this judicial district because a substantial part of the events that gave rise to the claims in this action occurred within the territory limits of this district.

II.         EXHAUSTION OF ADMINISTRATIVE REMEDIES

3.     In accordance with the applicable laws, Plaintiff has exhausted his administrative remedies, and a "Final Order" was issued by the Administrative Judge on July 21, 2006.

III.        PARTIES

4.     Plaintiff L.J. ("LJ" or "*Plaintiff*") is a 13 year old boy who resides in Broward County. L.J. has been the victim of Defendant's willful actions, and has been deprived of a free and appropriate education and due process rights. L.J.'s rights under the Individual with Disabilities Educational Act ("IDEA"). 20 U.S.C. §~ 1400 *et seq* have been violated. The School Board of Broward County, Florida and its agents have discriminated against and retaliated against L.J. Plaintiff's parent, N.N.J. ("N.N.J."), is filing this action on L.J.'s behalf. Additionally, The School Board of Broward County, Florida has retaliated against N.N.J.



5. The School Board of Broward county ("School Board" or "Defendant") is the party ultimately responsible for providing L.J., through its schools, the services that L.J. is entitled to receive as a resident of Broward County, attending one of Defendant's schools. Defendant, through its schools and/or agents, has knowingly and willfully violated LJ's rights under IDEA. More important than this, Defendant has knowingly put at risk L.J.'s well-being, safety, and quality of life. Defendant has knowingly and actively discriminated against and continues to discriminate against L.J. as a result of his disability. Defendant has also retaliated against and continues to against N.N.J., including an arrest and physical and emotional abuse.

6. Defendant's discrimination and retaliation against L.J. and retaliation against N.N.J. have become a pattern and practice.

IV   ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

7. LJ incorporates by reference paragraphs 1 through 6, *supra*.

8. During the 2005-2006 school year, LJ entered Falcon Cove as a sixth grade student. Falcon Cove is a school located in Weston, Florida, and part of the Broward County School District.

9. L.J. has had an Individual Educational Plan ("IEP" or "LJ's IEP") throughout his tenure in Defendant's schools.

10. Defendant has failed to implement many portions of L.J.'s IEP. Defendant has failed to provide the evaluation prescribed by L.J.'s IEP team on March 10, 2005. The evidence will show that LJ was also deprived of his right to a fair and impartial due process hearing. *See e.g.*, 20 U.S.C. § 1415(f). Defendant has failed to provide behavioral supports and compensatory services. *Defendant has failed to provide Independent Educational Evaluations ("IEEs") in reading, to which he is entitled.*

V.                          FIRST CAUSE OF ACTION

11. Plaintiff incorporates by reference paragraphs 1 through 10, *supra*. Defendant has violated L.J.'s rights under IDEA.

12. As a result of the above, LJ is entitled to compensatory services and other appropriate relief.

VI.                         SECOND CAUSE OF ACTION

13. Plaintiff incorporates by reference paragraphs 1 through 12, *supra*. Defendant, by its actions and inactions was deliberately indifferent to providing appropriate education and training to its staff working with L.J. This deliberate indifference created a harmful environment for L.J.

VII       THIRD CAUSE OF ACTION

14.     Plaintiff incorporates by reference paragraphs 1 through 13, *supra*. Defendant, by its actions and inactions discriminated against and retaliated against L.J. Defendant retaliated against N.N.J. as a result of her advocacy for her son, in violation of the rights afforded her under federal law.

**Demand For Jury Trial**

Plaintiffs demand a trial by jury for all issues so triable as of right.
In accordance with 20 U.S.C. § 1415(i)(3), LJ also requests reasonable attorneys' fees.

WHEREFORE, Plaintiffs respectfully requests that a Judgment be entered in their favor and that the School Board be ordered to (i) provide LJ all of the services he is entitled to under IDEA, including compensatory services, (ii) pay LJ reasonable attorneys' fees, (iii) reimburse LJ every cost incurred by L.J. to pursue and litigate his rights, including, but not limited to, the costs incurred as a result of this litigation and the Due Process Hearing, (iv) provide remuneration for costs, pain, and suffering incurred as a result of Defendant's discrimination and retaliation.

In Weston, Florida, this 21st day of August, 2006

_____
Nancy Nemhauser Jastrzebski

2855 Paddock Rd.
Weston, FL 33331
954-317-7200

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
LI
NN

**DEFENDANTS**
School Board of Broward County, FL

CIV-MOORE
MAGISTRATE GARBER

**(b)** County of Residence of First Listed Plaintiff: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Parent; pro se
954-217-7200

Attorneys: Nancy Nemhauser
2855 Paddock Rd.
Weston, FL 3333[?]

06-61282

0:06CV 61282-moore
Garber

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☒ YES ☐ NO

JUDGE                              DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

As stated in complaint 20 USC

LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE OF ATTORNEY OF RECORD          DATE

FOR OFFICE USE ONLY
AMOUNT 350[?]   RECEIPT # 53801[?]   IFP