United States District Court
Southern District Florida

Case No. 06-61282- CIV - MOORE/GARBER

| | |
|---|---|
| N.N.J., parent of a minor child and best friend of L.J. | ) ) ) |
| L.J., a minor child | ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| BROWARD COUNTY SCHOOL BOARD | ) ) |
| Defendant | ) ) |
| _____ | ) |

**PLAINTIFFS' MOTION FOR CONTINUANCE OF TRIAL**

The Plaintiffs, by and through their undersigned attorney, hereby moves, pursuant to Fed.R.Civ.Proc. 6(b) and Local Rule 7.6 for a continuance of the trial scheduled to commence on the two-week trial period of October 29, 2007. (Dkt. # 18.)  As grounds for this motion it is stated:

1. This cause was filed on October 21, 2006, by N.N.J. on her behalf and on behalf of her son L.J., *pro se*. (Dkt. # 1).

2. Both prior to the filing of the Complaint and since that time, N.N.J. has been diligently seeking counsel to represent her and her son in this proceeding.

3. In September, 2007, N.N.J. contacted Southern Legal Counsel (SLC) to seek

their assistance.[1]

4.    Undersigned counsel conducted a review of the case.  This review included a complete review of the docket in this cause, the 191 page decision of Administrative Law Judge Robert E. Meale, the Division of Administrative Hearings pending cases involving the same parties, and numerous other materials.  This review was conducted in order to make reasonable inquiry under Fed.R.Civ.Proc. 11(b).

5.    Undersigned counsel is in the process of drafting a second amended complaint and memorandum in support thereof.  The second amended complaint will substantially narrow the issues to be presented at trial.[2]

6.    This motion is filed in good faith and not for any improper purpose.

**WHEREFORE**, Plaintiffs request a continuance of trial for a period of thirty days.

**CERTIFICATE OF COUNSEL**: Pursuant to Local Rule 7.1(A)(3), undersigned counsel has conferred with Marilyn C. Batista-McNamara, Attorney for Defendant, who objects to this motion.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) provides for the enlargement of time for any act required by the rules for "cause shown."  The District Courts have wide latitude to grant such motions under the rule. *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733, 734 (5th Cir. 1967).  Here

---

[1]    She had sought their assistance prior to filing this action but SLC was not able to represent her at that time.

[2]    Counsel is aware of the order dismissing Counts II, III, IV and V entered on October 23, 2007.  (Dkt. # 65.)

under the circumstances of the diligent search for counsel and the reasons asserted in the body of the motion good cause is shown for the requested relief. *Cf. Robinson v. Boeing Co.*, 79 F.3d 1053 (11th Cir. 1996)(in deciding a motion for continuance for substitution of counsel the following factors are to be considered: the fundamental right to counsel, the court's docket, the injury to the plaintiff, the delay in reaching decision, the judicial time invested, the expense to the parties objecting, and the potential for manipulation or impropriety.)  Plaintiffs respectfully submit that all these factors weigh in favor of Plaintiffs.

I hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: October 24, 2007

                                                Respectfully Submitted:

/s/ Alice K. Nelson
Alice K. Nelson
Florida Bar Number: 211771
Southern Legal Counsel, Inc.
1229 N.W. 12th Avenue
Gainesville, FL 32606
(352) 271-8890
(352) 271-8347 (fax)
alice.nelson@southernlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2007, a true and correct copy of the foregoing was furnished by electronic notification for counsel registered CM/ECF to the following:

Edward J. Marko
School Board Attorney's Office
600 SE 3rd Avenue
11th Floor KC Wright Administration Building
Fort Lauderdale, FL 3301
emarko@browardschools.com

Marilyn C. Batista-McNamara
School Board Attorney's Office
600 SE 3rd Avenue
11th Floor KC Wright Administration Building
Fort Lauderdale, FL 3301
mebatista@yahoo.com

/s/ Alice K. Nelson
Alice K. Nelson